CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)
Andrew J. Warner (AW-5534)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.M.E. SHIPPING PTE LTD.,

      Plaintiff,

    08 CV _____

 v.

PT TIRTA KERTA ABADI,     **RULE 7.1 STATEMENT**

      Defendant.
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff S.M.E. SHIPPING PTE LTD., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
   August 22, 2008

           CHALOS, O'CONNOR & DUFFY, LLP
           Attorneys for Plaintiff

   By:  _[signature]_____
           Eugene J. O'Connor (EO-9925)
           Timothy Semenoro (TS-6847)
           Andrew J. Warner (AW-5534)
           366 Main Street
           Port Washington, New York 11050
           Tel: (516) 767-3600 / Fax: (516) 767-3605